Marie Arnold
1631 Ivyglenn Dr.
San Ramon, CA 94582
Plaintiff in Pro Se
925-263-2150



FILED
MAY 24 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION



MARIE ARNOLD,

    Plaintiff,

vs.

CASHCALL, INC,

    Defendant,

Case No. C18-3101

Retaliation
Fraud
Intentional tort
Negligent Infliction of Emotional Distress
Discrimination,
**COMPLAINT**
**DAMAGES PURSUANT**
**42. U.S.C. 1983**

### Jurisdiction

1. This Court has jurisdiction under 28 U.S.C 1331. Federal question jurisdiction arises pursuant to 42 U.S.C 1983

### Venue

2. Venue is proper pursuant to 28 U.S.C. 1391 because Defendant is in Northern District Of California and plaintiff lives in this District.

### Intradistrict Assignment

3. This lawsuit should be assigned to San Jose Division Court

### Parties

4. Plaintiff, Marie Arnold reside at 1631 Ivyglenn Dr. San Ramon, CA 94582

5. Cashcall, Inc 1 City Blvd W #102, Orange, CA 92868

6. Cashcall Inc incident happens California,

## Statement of Facts

1. Plaintiff borrowed personal loan of $2,500 in 2007. Plaintiff had interview with the Defendant employee credit approval for loan and after interview interest rate was applied loan as to be repaid in of $5000.00. Plaintiff was confuse about t.v. false advertising borrowing from CashCall easy step and payment plan. Plaintiff borrowed personal loan without reading the contract has limited knowledge in contract loan unconscionable under California Finance Code. 22302.

2  Defendant violated high interest rate UCL, Cal Bus & Prof Code 17200 unfair or unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by chapter 1 (commencing with section 17500 of part 3 of division 7 of the business and profession code. Bad practice.

3. Plaintiff had defaulted loan but mispresented to repay back the loan twice and including interest rate, plaintiff felt she was being fraud by the business, instead plaintiff questioned the Cashcall employee and he did not have valid reason. Defendant was fraudulent

4. Defendant employees violates Indecent or Harassing Telephone Calls during plaintiff duties at her job. This offence carries penalty of up to six months in jail or fine $5000 intimidation, threats, harassment. hostile threats.

5. Plaintiff was ADA mental disability discriminated, race, color, religion and incompetent was taking advantage by getting fraud by company. Plaintiff was affirmed by the wrongdoing.

6 Plaintiff borrowed the loan to obtain down payment for auto to get to work. Conspiracy RICO Plaintiff lost a home, breach by employees, hospitalize mental depression, plaintiff car got Repo. Plaintiff had over paid the loan, mocking employee on phone clucking as he was deceit

the Amount. Plaintiff had paid off unsecured loan. Plaintiff was being invade in her personal privacy. Plaintiff gets legal notice in mail settlement ( *De la torre vs. Cashcall* ) last year 2017, Plaintiff was not aware of other legal lawsuits against CashCall Inc. The notice misrepresent that obtain my plaintiff counsel. Plaintiff did not agree with $11.60 due to 11 years since this Cashcall intend intentional harm and fraud. Plaintiff only wanted plaintiff counsel to be contacted. Plaintiff return the check back to CDZ-C **(EXHIBIT A)** settlement check for $11.60. return to owner. **(EXHIBIT B)** Legal Notice Plaintiff received in mail 2017 very late. **(EXHIBIT C)** Plaintiff credit report paid balance Cashcall was actually $2,500.00 was error credit report 2007. Plaintiff's allegations true and correct about hostile threats and fraud.

Plaintiff has legal knowledge and recalls the employees and bad business practice. (*The People of the State of California vs. Cashcall Inc,*)

### Claims

Civil Rights for Act of 1964 42. U.S.C. 2000D ET prohibits race, color, national origin.. Business Tort Fraud and Misrepresentation. UCL Cal. Bus & Prof Code 1700, ADA discrimination, 18 U.S. Code 875 Interstate communication (d) California Finance Lenders Law Cal. Fin Code 22303 interest rate for loans below $2500 , Retaliation, invasion privacy Constitutional Rights for privacy 10th amendment. Conspiracy RICO

### Relief

Plaintiff seeks punitive damages $100,000.00 negligent emotional distress, nuisance,

Intention harm,

Demand Jury ~~Trail~~ *and trial*

Date May 24, 2018

Marie Arnold, Plaintiff
Pro Se

# EXHIBIT A

*De La Torre v. CashCall, Inc.*
c/o KCC Settlement Administrator
PO Box 404001
Louisville, KY 40233-4001

## CDZ-C

036422

Claim #: CDZ-C-10064316 7
MARIE A ARNOLD
1201 SYCAMORE TER
SPC 102
SUNNYVALE, CA 94086-8712

---

Re: *De La Torre v. CashCall, Inc.*: **Distribution of Settlement Benefit**                    February 08, 2

Dear MARIE A ARNOLD:

Enclosed please find a check in the amount of $11.60 representing your total payment in the *De La Torre v. CashCall, Inc.* class action settlement regarding the Conditioning Claims in the case.

This payment is the Settlement Benefit to which you are entitled in accordance with the Class Action Settlement that has been approved by the Court.

Please cash this check no later than April 09, 2018. It will be void after that date.

If you have any questions about potential tax issues, we recommend that you consult a professional tax consultant. Neither Class Counsel, Defense Counsel, nor the staff of the Claims Administrator can provide you with any tax advice.

If you have any questions regarding your Settlement Benefit, please contact the Settlement Administrator at info@CashCallconditioningclasssettlement.com or 1-866-766-1

**PLEASE DO NOT CONTACT THE COURT OR CASHCALL CONCERNING THIS SETTLEMENT.**

Sincerely,
Settlement Administrator



3ROS

02RCWD

Computershare-KCC
*De La Torre v. CashCall, Inc.*
P.O. Box 404000
Louisville, KY 40233-4000

THE HUNTINGTON NATIONAL BANK      25-2
BOX 1558, COLUMBUS, OHIO 43216     ---
                                    440

VOID AFTER April 09, 2018

| | | |
|---|---|---|
| The sum of | $****ELEVEN DOLLARS AND SIXTY CENTS**** | Check Number   0000137198 |
| Pay to | MARIE A ARNOLD | February 08, 2018 |
| | | $ ***11.60*** |

Claim #: CDZ-C-10064316 7

Authorized Signature(s)

⑈0000137198⑈ ⑆044000024⑆ 01893486225⑈

# EXHIBIT B

*De La Torre v. CashCall, Inc.* Notice Administrator
c/o KCC Class Action Services
P.O. Box 404000
Louisville, KY 40233-4000

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
**PAID**
COMMUNICATION
SERVICES

**LEGAL NOTICE**

See other side for details

Postal Service: Please do not mark barcode

CDZ-100644316-7

MARIE A ARNOLD
1201 SYCAMORE TER
SPC 102
SUNNYVALE, CA 94086-8712

CDZp1 94086

Re: IMPORTANT: THIS AFFECTS YOUR LEGAL RIGHTS; READ IT CAREFULLY

Dear CashCall Customer:

This postcard is official notice of the settlement of a class action. A federal judge approved this Notice. This is not a solicitation from a lawyer. It is not a bill and does not require you to pay any money.

## NOTICE OF CLASS ACTION SETTLEMENT

A federal judge has provisionally approved a class action settlement of the "Conditioning Claims" in a class action, *De La Torre v. CashCall, Inc.*, Case No. 08-cv-3174 MEJ, in the U.S. District Court in San Francisco. The Conditioning Claims assert that CashCall violated the law by requiring borrowers to repay their loans by electronic funds transfers (EFTs). Plaintiffs argue that CashCall's practice violated the federal Electronic Funds Transfer Act (EFTA) and California law. You are receiving this Notice because, according to CashCall's records, you are a member of the Conditioning Class. You are a Class member if, while residing in California, you borrowed money from CashCall for personal, family, or household use on or after March 13, 2006 through July 10, 2011 and were charged a non-sufficient fund (NSF) fee.

The Settlement provides for repayment of approximately 40% of all NSF fees paid by Class members who actually paid NSF fees before any cancellation of their initial EFT authorizations. In addition, CashCall will release all Class members from an obligation to pay such NSF fees on all active accounts still owned by CashCall and will credit the accounts for NSF charges accordingly. Class members will receive CashCall and all affiliated entities for the Conditioning Claims and any other claims based on an allegation that CashCall conditioned the extension of credit on an agreement by borrowers to use EFTs as the method of repaying their loan.

Plaintiffs will apply for Service Awards of $10,000 each and Plaintiffs' Counsel will apply for attorneys' fees, costs, and expenses totaling $650,000, all of which will be funded by CashCall.

For more detailed information, visit the Settlement website www.cashcallconditioningclasssettlement.com or contact Plaintiffs' Counsel at 1-866-576-6999 or see [illegible].

## WHAT ARE YOUR OPTIONS?

You can do one of the following: (a) DO NOTHING, or (b) ASK TO BE EXCLUDED, or (c) OBJECT:

(a) DO NOTHING: If you DO NOTHING, you will be bound by the Settlement. You do not have to make any claim, and will be mailed a partial repayment of any NSF fees you paid before you may have been cancelled your initial EFT authorization. If your loan account is still active and owned by CashCall, you will be released from, and your account credited for, any NSF fees paid and all charges before you may have cancelled your initial EFT authorization.

(b) ASK TO BE EXCLUDED: If you ASK TO BE EXCLUDED, you will not receive any payment or other benefit under the Settlement and will not be bound by the Settlement. TO BE EXCLUDED, you must sign and mail a written request for exclusion to Kaufman Carson Consultants, PO Box 10100, Louisville, KY 40233, postmarked no later than October 6, 2017

(c) OBJECT: If you want to object to the Settlement, you must sign and mail your written Objection papers to Kaufman Carson Consultants, PO Box 10100, Louisville, KY 40233.

Contact www.cashcallconditioningclasssettlement.com or Plaintiffs' Counsel as indicated above for more detailed information.

## HOW DO I GET MORE INFORMATION?

- Visit the Settlement website www.cashcallconditioningclasssettlement.com or call the Claims Administrator at 1-866-766-1854
- Contact Plaintiffs' Counsel as follows: Telephone: 1-866-576-6999, email: geo@gcsinc.com

02NSFA

# EXHIBIT C

| | | COLLECTIONS | | |
|---|---|---|---|---|
| ⚠ | ▬▬▬▬▬, Inc<br>Act. # 6189**** | | | |
| | ▬▬▬▬▬<br>Original Creditor | 09.01.2015<br>Opened | 02.17.2018<br>Reported | Closed<br>Condition |
| | 🏷<br>Balance | | | |

**Creditor Contact:** PO BOX 1629, MARYLAND HEIGHTS, MO 63043 | (800) 777-9929

# Your Accounts

Reported from Experian 03.09.2018

| | | | Opened | High Balance | Balance |
|---|---|---|---|---|---|
| 🏠 | ▬▬▬▬▬<br>Act. # 96530001**** | Current | | | |
| 🚗 | Gateway One Len...<br>Act # 201309563**** | Current | 09.01.2017<br>Opened | $16,150<br>High Balance | $15,466<br>Balance |
| 💳 | Chase Card<br>Act. # 4266841**** | Current | 04.01.2017<br>Opened | $4,000<br>Credit Limit | $3,810<br>Balance |
| 💳 | Amex<br>Act. # 34999245274**** | Current | 05.01.2017<br>Opened | $1,200<br>Credit Limit | $1,201<br>Balance |
| 🎓 | Edfinancial Servic...<br>Act. # 5000001367**** | Current | 01.01.2018<br>Opened | $1,150<br>High Balance | $1,150<br>Balance |
| 💳 | Bk Of Amer<br>Act. # 63 | Current | 09.01.2014<br>Opened | $500<br>Credit Limit | $445<br>Balance |
| 💵 | Unify Fcu Fka Wes...<br>Act.# 340013**** | Current | 03.01.2014<br>Opened | $607<br>High Balance | $420<br>Balance |
| 💵 | **Cashcall Inc**<br>Act. # 13320** | Closed | 03.01.2007<br>Opened | $2,600<br>High Balance | $0<br>Balance |
| | Individual Account | Other<br>Account Type | Closed<br>Condition | 11.01.2009<br>Date Reported | $0<br>Payment |

**Creditor Contact:** 1 CITY BLVD W, ORANGE, CA 92868 | BYMAILONLY