UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A ARNOLD,<br><br>        Plaintiff,<br><br>    v.<br><br>CASHCALL, INC.,<br><br>        Defendant. | Case No. 18-cv-03101-VC<br><br>**ORDER DISMISSING SECOND AMENDED COMPLAINT**<br><br>Re: Dkt. No. 21 |

Arnold's Second Amended Complaint is dismissed with prejudice for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The amendments Arnold made to this iteration of the complaint did not cure the fundamental problems identified by Judge Ryu and adopted by this Court.

    **IT IS SO ORDERED.**

Dated: November 15, 2018

_____
VINCE CHHABRIA
United States District Judge