UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A ARNOLD,<br><br>        Plaintiff,<br><br>    v.<br><br>CASHCALL, INC.,<br><br>        Defendant. | Case No. 18-cv-03101-VC<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 25 |

On November 15, 2018, the Court dismissed the Second Amended Complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the defendant and against the plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 15, 2018

VINCE CHHABRIA
United States District Judge